No. 56762.—Pongees Corp. *v.* United States, protests 144103–K, etc. (New York).

Opinion by FORD, J. The record established that certain items of the involved merchandise consist of woven silk fabrics, valued at more than $5.50 per pound, the same in all material respects as those passed upon in *Walter Strassburger & Co., Inc., et al.* v. *United States* (26 Cust. Ct. 210, C. D. 1326). Upon the established facts and following the cited authority, it was held that the merchandise imported or withdrawn from warehouse prior to January 1, 1948, is dutiable at 45 percent under paragraph 1205, as modified by T. D. 48316, and that which was imported or withdrawn from warehouse subsequent to said date is dutiable at 25 percent under said paragraph, as modified by T. D. 51802.

BEFORE THE THIRD DIVISION, JUNE 11, 1952

No. 56763.—Seggerman Nixon Corp. *v.* United States, protest 129326–K (New York).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

JUNE 10, 1952

No. 56764.—Schenley Import Corp. *v.* United States, protest 138205–K.—▮▮▮—C. D. 1405. Plaintiff's application for rehearing granted.

No. 56765.—R. U. Delapenha Co. et al. *v.* United States, protests 471949–G, etc.—▮▮▮—Abstract 56587. Plaintiffs' application for rehearing granted.